ALFRED J. BOHLINGER, Superintendent of Insurance of the State of New York, as Liquidator of The Preferred Accident Insurance Company of New York, Respondent, v. AARON ZANGER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ. [See *ante,* p. 917.]

In the Matter of NIKITA FEDERENKO, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *ante,* p. 919.]

In the Matter of 1070 PARK AVENUE CORPORATION et al., Appellants, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents. In the Matter of JULIUS L. OLTARSH et al., on Behalf of the Tenants of 1070 Park Avenue, Appellants, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *ante,* p. 919.]

In the Matter of NORMA BROWN et al., Appellants, against HERMAN T. STICHMAN, as Housing Commissioner of the State of New York, et al., Respondents. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *ante,* p. 919.]

(November 18, 1952.)

ACHILLES E. GEORGEOU, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of FREDENBURG & LOUNSBURY, INC., Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH AGONE and JOSEPH LAPI, Appellants.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

HOWLAND H. PELL, JR., as Executor of MARY W. BUEL, Deceased, Appellant, v. J. WATSON WEBB, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 281 App. Div. 829.]